**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 14, 2020

Mr. Larry Joe Steele
115 S.W. Second Street
P.O. Box 561
Walnut Ridge, AR 72476-0000

RE: 20-3141 Terry Foster, et al v. IBEW Local 1516, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

We note that the matter was not served by the district court on any other party. Accordingly, you are notified that you are the only party to this appeal.

Your appeal is being referred to the court. A briefing schedule will not be established at this time. No additional pleadings are required from you. Our office will advise you of any action taken in your case.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the case, please contact our office.

Michael E. Gans
Clerk of Court

CMH
Enclosure(s)

cc: Mr. Jim McCormack

District Court/Agency Case Number(s): 3:20-cv-00222-DPM

**Caption For Case Number: 20-3141**

Terry Foster; Janie Brewer

Plaintiffs - Appellants

v.

International Brotherhood of Electrical Workers, Local 1516; Kirk Douglas, Business Manager/Representative; Sandra Lee, Secretary, in her individual and official capacities; Shawn Phares, Business Manager/Representative, in his individual and official capacities; David McDonald, President, in his individual and official capacities; Thomas Wigton, Recording Secretary, in his individual and official capacities; Dave Dobbins, Treasurer, in his individual and official capacities; Larry Dauk, Executive Board, in his individual and official capacities; Josh Hardin, Executive Board, in his individual and official capacities; Clinton Johnson, Executive Board, in his individual and official capacities; Bill Winn, Executive Board, in his individual and official capacities; William Watson, Executive Board, in his individual and official capacities

Defendants - Appellees

**Addresses For Case Participants: 20-3141**

Mr. Larry Joe Steele
115 S.W. Second Street
P.O. Box 561
Walnut Ridge, AR 72476-0000

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
615 S. Main
Jonesboro, AR 72401-0000